■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUNIOR DIAZ, Appellant. [730 NYS2d 763] —Judgment unanimously affirmed. Memorandum: Contrary to the contention of defendant, Supreme Court did not abuse its discretion in denying his motion to withdraw his plea of guilty without conducting a hearing. Defendant's conclusory assertion of innocence was insufficient to warrant a hearing (*see, People v Miller*, 275 AD2d 925, 926, *lv denied* 95 NY2d 936). (Appeal from Judgment of Supreme Court, Erie County, Tills, J.—Reckless Endangerment, 1st Degree.) Present—Pine, J. P., Hayes, Hurlbutt, Burns and Gorski, JJ.